IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHARON R. COMPISE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00489-JD |
| | ) |
| BOARD OF COUNTY | ) |
| COMMISSIONERS OF OKLAHOMA | ) |
| COUNTY, a county government, and | ) |
| DAVID B. HOOTEN, individually and | ) |
| in his official capacity as Oklahoma | ) |
| County Clerk, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Motion to Dismiss by Defendant Board of County Commissioners of Oklahoma County ("BOCC") and David B. Hooten, in his official capacity ("Motion") [Doc. No. 8]. The Motion argues that the complaint fails to state a claim under Federal Rule of Civil Procedure 12(b)(6) pleading standards (as interpreted by *Iqbal/Twombly*)[1] and that BOCC is not a proper party.

Without expressing any view on the merits of the Motion, the Court reminds Plaintiff of her opportunity to cure any purported pleading defects by filing an amended complaint in accordance with Federal Rule of Civil Procedure 15. If Plaintiff timely files an amended complaint, the Court will deny the Motion as moot. Otherwise, Plaintiff may file a response in accordance with LCvR7.1.

---

[1] *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

Prior to filing either a response or an amended complaint, the Court **ORDERS** counsel for Plaintiff to initiate a good-faith conference with counsel for the Defendants regarding the issues raised in the Motion. Plaintiff's response, if filed, shall include a certificate of conference advising the Court of the date of the conference and summarizing all matters that have been resolved by agreement.

IT IS SO ORDERED this 13th day of July 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE